UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LARRY MARSHAK and FLORIDA ENTERTAINMENT
MANAGEMENT, INC.,

                    Plaintiffs,

-against-

HERBERT REED and JOHN DOES NOS. 1-10,

                    Defendants.
-----------------------------------------------------------------X

JUDGMENT
96-CV- 2292 (NG)
11-CV- 2582 (NG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

MAR 13 2012

BROOKLYN OFFICE

      An Opinion and Order of Honorable Nina Gerhson, United States District Judge, having been filed on March 12, 2012, denying Larry Marshak's motion for Civil Contempt in 96-CV-2292 (NG); granting Defendants' motion to dismiss in 11-CV- 2582 (NG), Plaintiffs' action seeking an injunction and damages resulting from civil contempt, and dismissing the action; and dismissing Plaintiff's action seeking damages in 11-CV- 2582, John Does 1 through 10, never identified or served; it is

      ORDERED, ADJUDGED AND DECREED that Plaintiff Larry Marshak's motion for Civil Contempt in 96-CV-2292 (NG) is denied; that Defendants' motion to dismiss in 11-CV-2582 (NG), Plaintiffs' action seeking an injunction and damages resulting from civil contempt, is granted, and the action is dismissed; that John Does 1 through 10, never identified or served in Plaintiffs' action seeking civil damages, in 11-CV- 2582, are hereby dismissed.

Dated: Brooklyn, New York
       March 13, 2012

Douglas C. Palmer
Clerk of Court

by:    s/MG

Michele Gapinski
Chief Deputy for
Court Operations